IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3122 |
| vs. | ORDER |
| PHILLIP MARLOWE DONOVAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 59) is granted.

2. Defendant Phillip Marlowe Donovan's sentencing is continued to November 16, 2018, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 29th day of August, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge