IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3122 |
| vs. | **ORDER** |
| PHILLIP MARLOWE DONOVAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The parties' Joint Motion to Continue Sentencing (filing 62) is granted.

2. Defendant Phillip Marlowe Donovan's sentencing is continued to February 15, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of November, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge